**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| _____ ) | |
| OZ Urinal, LLC ) | Case No.: 22-cv-04008 |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge: Hon. Rebecca R. Pallmeyer |
| ) | |
| Does 1-668, As Identified in Exhibit 2, ) | |
| ) | Magistrate: Hon. Heather K. McShain |
| Defendants. ) | |
| _____ ) | |

**<u>FINAL DEFAULT JUDGMENT ORDER</u>**

This action having been commenced by Plaintiff, OZ Urinal, LLC ("Plaintiff"), against

the defendants operating the websites/webstores identified on Exhibit 2 of Plaintiff's Complaint

(collectively, the "Infringing Webstores") (Docket # 2-1 through 2-15, and Plaintiff having

moved for entry of Default and Default Judgment against the following defendants:

| Doe # | Merchant Name | Merchant ID/Seller Number | Email |
|---|---|---|---|
| 1 | 3C-TOP-PRO Store | cn1529024775wfhy | adssf212@sina.com |
| 2 | Acty Factory Store | cn1520483436bifx | tangsuying01@163.com |
| 3 | Ali Improvement Store | cn1520708994gmtz | carw62861gzw@126.com |
| 5 | Ali-Homelifestyle Store | cn1519468363shpj | chenghuangyj273@163.com |
| 6 | Ali-iMadison Store | cn1521306207vyix | zthdmsmt55@163.com |
| 7 | Ali-Jetting Toy Store | cn1519414092ihdf | guaiyi987xiyan1@126.com |
| 8 | AliExpress Car Products Store | cn1529052949ztwj | bstmart@21cn.com |

| 9 | Alina's automotive equipment Store | cn1530467769rtai | cdsctwx@outlook.com |
|---|---|---|---|
| 10 | Autcar Global Store | cn1529442547zvfe | gilstounmrtdaqj@gmail.com |
| 11 | Auto and motorcycle parts Store | cn1547792426ttfl | shangfussy@163.com |
| 12 | Automobiles & Motorcycles Tool Store | cn1521489168owxj | hangzhou34@hotmail.com |
| 13 | Automotive accessories Store | cn1517499959yhxm | xiao8160@dingtalk.com |
| 14 | Azoepart Store | cn1540856807osoc | chinaouhe@gmail.com |
| 15 | Baby Safety Barrier Store | cn1541221284mqyz | wandaie@163.com |
| 16 | Balaclava Store | cn1533400545btjl | youxiaocheng163@163.com |
| 17 | Barry Car Store | cn1524756805nkip | 3042881756@qq.com |
| 18 | Besteffie New Store | cn1539062175dmmf | tw4kobes@outlook.com |
| 20 | Bin Yu Official Store | cn1533623475dyhk | kenbin100@163.com |
| 21 | Biu Biu Car Store | cn1524382759pilo | yuwl4@aebitsry.com |
| 22 | Boom price, Enviable life Store | cn1529474685bldt | zoey536@foxmail.com |
| 23 | Calabash Brothers car supplies Store | cn1541117761gedf | qs136322148@163.com |
| 24 | Car Accessories Boutique Store | cn1521442052lfhd | zhouxiuda06@163.com |
| 25 | Car Accessories Management Store | cn1520138009utge | tiangxingxiang@sina.com |
| 26 | Car Accessory Online Store | cn1515893918ibnn | fqtec@outlook.com |
| 27 | Car and Moto Accessories Store | cn1545061016rwyl | cc01254520@163.com |
| 28 | Car life WW Store | cn1528911965lftv | 3044844708@qq.com |
| 29 | Car well do Store | cn1544880518cwxx | hhhdf32@163.com |

| 30 | Carbon automotive accessories Store | cn1538280231mehx | 245718197@qq.com |
| 31 | Cardiag Store | cn1520997556akps | threelifethreeflower@hotmail.com |
| 32 | carmo Store | cn1519823868zjxh | wuanhman@sina.com |
| 33 | Charlie And Everthing Store | cn1529498540mlib | yzmy6593407@163.com |
| 34 | China Home&Garden Store | cn1001434152 | yzcx80r4@163.com |
| 35 | Comfortable Car Store | cn1520510418cdvl | yto7074609@126.com |
| 37 | CooLmodification Store | cn1540923163xzdh | 3547738225@qq.com |
| 38 | Cosfix drop shipping Store | cn1541536161ukus | yiqiongming888@foxmail.com |
| 39 | Cozy cottage Store | cn1519975066rgoj | agoniki@sina.com |
| 42 | Daliy Surprise Store | cn1542118178hvln | hf2020smtc03@epean.com.cn |
| 43 | DayDay Happy Shopping | cn1511266137 | xiaoyansister@126.com |
| 44 | DebooHome Store | cn1529955837ijvq | 441385823@qq.com |
| 45 | Deux House Store | cn1530621319vvhd | fgdfsae@outlook.com |
| 46 | DIYCAR Store | cn1541106581xmvo | q18196666366@163.com |
| 47 | Ecocar Accessories Store Store | cn1529345246wbsj | willeykhyjoq@gmail.com |
| 48 | Exquisite car supplies Store | cn1533172625qohk | xhh136322145@163.com |
| 49 | FADACAI Autor & Motorcycles Store | cn1540971576ncoe | sfyaso@163.com |
| 50 | Father's AutoParts World Store | cn1519583555bqlu | kenlui124@sina.com |
| 52 | FN-Tool Store | cn1500431662 | 380895474@qq.com |
| 53 | For Your B-etter Life Store | cn1520311858epvf | kjsdfhsa@sina.com |

| 54 | ForKids Store | cn1544988555ssby | yanxikeji86@163.com |
|----|---------------|------------------|---------------------|
| 55 | Freely shopping Store | cn1529893466gizr | cbashang@21cn.com |
| 57 | Go a long way Store | cn1541185671xkhi | 962337184@qq.com |
| 58 | Go To Ho-me Improvement World Store | cn1521046781mami | tastehad@sina.com |
| 59 | Good and cheap car parts Store | cn1529490805vygv | keshanmgkrxay@gmail.com |
| 60 | Good Car Product Store | cn1519691104sekr | autopart20161101@sina.com |
| 61 | Good luck 123 Store | cn1541826034gshf | weiyang9835209@163.com |
| 62 | Good Quality Low Price Store | cn1541117295yajs | 1498432027@qq.com |
| 63 | H Life House Store | cn1514594981dnhy | chunhua2022@126.com |
| 64 | Hahay Grocery Store | cn1544886257aqgx | yanxikeji73@163.com |
| 65 | Happy-Planet Store | cn1511946765 | menlff@126.com |
| 66 | hengheng Store | cn1529223172zryt | smt17359071301@163.com |
| 67 | HomeGuard Store | cn1541662499jxhd | homerhythm@163.com |
| 68 | House Of Exquisite Store | cn1533548073iyyu | vdcvkuyu@163.com |
| 70 | HuangHeLou 1916 Store | cn1521831740dozk | xuzixi0002@163.com |
| 71 | Is Sunflowers Store | cn1541363686sgaa | bobbi@rebuyy.com |
| 72 | IsFriday Life In Car Dropship Store | cn1537551659wznu | idea@rebuyy.com |
| 73 | J Shop Car Accessories Store | cn1521696115himz | qqww4@outlook.com |
| 74 | JTL car supplies Store | cn1533755240iokt | xhh136322150@163.com |
| 75 | LC Life Store | cn1539642679ihsy | ceoriowhisky751@outlook.com |

| 76 | Leisurely Living Store | cn1533797977mnku | njh5jjqwe@163.com |
| 77 | Letao car supplies Store | cn1541441606rljj | xhh136322180@163.com |
| 78 | Lifestyle Museum Store | cn1519329494xfcl | hcy1223@163.com |
| 79 | Longwei Car Accessories Store | cn1520884382nfmz | wonderfulperiod@outlook.com |
| 80 | LuckyNumen Store | cn1542056315dmwn | xiaomiyoupin2021@hotmail.com |
| 81 | LUVHOME Store | cn1521949728qgty | q2919974@163.com |
| 82 | LXmn Store | cn1540918161dnhf | nvzipo@163.com |
| 83 | Madascar Store | cn1529039699obxb | taotaocar008@163.com |
| 84 | Makeup Garden Shop Store | cn1520333312folx | promisen5@sina.com |
| 85 | Meet-Early Morning- Store | cn1542277308asah | gq49zoeq@outlook.com |
| 86 | Moonhome Factory Store | cn1533169532bvxy | kenbin08@163.com |
| 88 | Motorcycle&Car Accessories Dropshipping Store | cn1530629579wlpk | hgjeiur390@163.com |
| 89 | My Angelbaby Store | cn1528087973ivfa | weikaib2c027@qq.com |
| 90 | New Economical Life Store | cn1537243170oxos | kdo794729@163.com |
| 91 | New Worlds Store | cn1540697424fqnn | bcsfsfws@163.com |
| 92 | NewHuaHang car supplies Store | cn1533569545hylc | xhh136322148@163.com |
| 93 | Ninestar Store | cn1541486728yvqd | ivy@rebuyy.com |
| 94 | OBD-Scan Store | cn1541703666cfjo | b1453605704@163.com |
| 95 | OBYLYH DE Store | cn1002164067kxqae | 1590036281@qq.com |

| 96 | Our Market Store | cn1529093581tmva | fyhjjwe@163.com |
|---|---|---|---|
| 97 | Parkson car supplies Store | cn1541874489dveb | letao12368@163.com |
| 99 | Perfectly Warming House Store | cn1534818123mvid | daiwai1716@163.com |
| 102 | PODEROSO Store | cn1536481637pkii | kayfulol@outlook.com |
| 103 | Professional Auto Accessories Store | cn1541070461prjv | shanyivvip@163.com |
| 104 | Professional Car 9accessories Store | cn1528935064jbfc | ghfg54dtgh@163.com |
| 105 | Professional car and motorcycle accessories Store | cn1533154327yyrw | cxs536@outlook.com |
| 106 | Qipei55EC Store | cn1540628055hmlu | whczw2@163.com |
| 107 | Qipei6EH Store | cn1540580239mwki | whhogj2@163.com |
| 108 | QiPei8EXZ Store | cn1540585154prjm | whxzrgj2@163.com |
| 109 | RETFGTU Car exterior Store | cn1532072570vdqm | nemobub001@sina.com |
| 110 | Shimi Homen Store | cn1528410609cfwk | dtairun@outlook.com |
| 111 | Shop1100084232 Store | cn1533612892hyzu | 916050250@qq.com |
| 112 | Shop1100170253 Store | cn1060634407rznae | 965730415@qq.com |
| 113 | Shop4706052 Store | cn1524461307bsaj | fangyijie1992@163.com |
| 114 | Shop4808004 Store | cn1526873142utcn | fengqiaonc01@yeah.net |
| 115 | Shop5006272 Store | cn1527923216jpqh | lireneee@outlook.com |
| 117 | Shop5793926 Store | cn1531405991zxnh | fqvmg996yc@163.com |
| 118 | Shop910326151 Store | cn1533819128cboq | chuangyouyigou@126.com |
| 121 | Shop911228056 Store | cn1537506944qmrz | fuzhekai04@163.com |

| 122 | Shop911418320 Store | cn1538026546dqtl | hdeao@21cn.com |
|---|---|---|---|
| 123 | SixteenHome Store | cn1534142466csxi | 498582629@qq.com |
| 124 | Skipy Store | cn1541920927fodd | cy98752@21cn.com |
| 125 | SuDeLi Car Interior Accessories Store | cn1544649624gtrj | wolei0010@163.com |
| 126 | Sunshine In The Store | cn1511364288 | goodfaith107@gmail.com |
| 128 | Surprise life. Store | cn1541180830fjxh | shanyishop@163.com |
| 129 | SZ car and motorcycle accessories | cn1544914926delz | chuanyouqp@163.com |
| 130 | SZ Daily Goods Store | cn1519828318ffga | spdbc805@sina.com |
| 131 | Tale Forest Store | cn1521728138ydbx | 215909109@qq.com |
| 132 | Tamia Pro Store | cn1513028178 | cn1513028178@163.com |
| 133 | taojin outdoors Store | cn1543238378gwck | 18106038893@189.cn |
| 134 | taotaocar Store | cn1530145604qjkf | taotaocar002@163.com |
| 135 | Tassa Store | cn1529443989tufh | delacyahwuxko@gmail.com |
| 136 | Thanks Life Store | cn1528756149xmot | 3107726907@qq.com |
| 137 | thinking movement Store | cn1538236574ghvf | ira68197@163.com |
| 138 | TikTok popularity Store | cn1543057935vfwa | dropshipping6@163.com |
| 139 | Tools Improving Store | cn1520310843fecr | oeww286758@163.com |
| 140 | Top-Car Drop Shipping Store | cn1533923577vwja | o193tiiw6202@163.com |
| 141 | Top-GTA mototcycle Store | cn1529911150xvuk | vbdhf2647@163.com |
| 143 | TOPV Store | cn1513098968 | toptopscale@126.com |

| 144 | TUTO CAR TOOL Store | cn1538079687rumv | y1453605704@163.com |
| 145 | UEESHOP Official Store | cn1533624383ecpg | hedaosm1688@163.com |
| 146 | UNSewing Store | cn1540807324chkt | kenbin09@163.com |
| 147 | UP-LIFE Store | cn1522749086etyv | parkerchen@sina.com |
| 148 | Very Funny Store | cn1521376471tivn | zlcvpmalqhig64@163.com |
| 149 | WanleeRoad Car Life Store | cn1535904854qamd | dengyushuang02@163.com |
| 150 | Well car star Store | cn1542725821hdcu | wh2021525@163.com |
| 151 | wetips Store | cn1526778242vbaf | 2709274958@qq.com |
| 152 | WNEXUAN Store | cn1537842704qnvf | bqvzcnu86v@163.com |
| 153 | World Market Store | cn1529030296qmmh | f4564646@163.com |
| 154 | Xi-Bao Store | cn1535068101vsyq | eibnski@163.com |
| 155 | Xiong Xiaoxiang Small commodities Store | cn1538117761ocak | hongstore5@163.com |
| 156 | XO02 Store | cn1521730972dxru | zhenglanglang05@163.com |
| 157 | XO03 Store | cn1521280722ilwu | xushiming0006@163.com |
| 158 | XTL Store | cn1540852646rxic | suweisumaitong05@epean.com.cn |
| 159 | Y-Show Clothes Store Store | cn1520561666hvfv | tangsuying005@163.com |
| 160 | Y-Super Tools Store | cn1530246454yycf | pq4x8qsyq@163.com |
| 161 | YAOHU Store | cn1510679247 | 1066217628@qq.com |
| 162 | YAOYISIXI Auto Parts Store | cn1540922955splg | 438253596@qq.com |
| 163 | YEU SHENG Store | cn1540782545rbwr | 1453703057@qq.com |

| 164 | YOLIHUI Store | cn1519495108jyaw | youlixiangjia4@sina.com |
| 165 | yuan0128 Store | cn1547891168pknh | 851235278@qq.com |
| 166 | Yxkj13 Store | cn1545085741yjyn | yanxikeji54@163.com |
| 167 | ZT Speciality Store | cn1520490753hrmf | fuwa4859@163.com |
| 168 | AWOKEN DIRECT | ARKWKSXELHC70 | pujun177@163.com |
| 170 | daxiami | A35DK6EZGQ3RY6 | 404457986@qq.com |
| 171 | EEEkit | AJJDLHUCVHEJC | amazon@redtagtown.net |
| 172 | ErS1805 | A3TACOZCWQJ5CQ | sct_samantha@hotmail.com |
| 173 | FANYUAUTOPER | A383C2GXAFIAF5 | dhgatetop@163.com |
| 174 | GALAOMA | A15GAGVURFHABK | huamazon@sina.com |
| 175 | HAIYISHIYE | A2U4IQRV7Q5650 | 13829117358@163.com |
| 176 | Haulonda INC | A2B7PNE2S55GZC | 250102165@qq.com |
| 178 | iDentalStore | A2QR12NCRYL1BI | lhaibin01@yeah.net |
| 182 | kk top general cargo | A32FVMJJNAO7EP | flcva5ue48@21cn.com |
| 183 | LANTANA | A1QB1TRUD2W08 | amelieh0214@gmail.com |
| 185 | lzmyzl | A3IO7A3UC0PJZT | leizhoumaoyi@outlook.com |
| 188 | QQT PLUS | AG3E09H513FTB | 304960495@qq.com |
| 190 | Rongbo Company | A11WIQ4D7SG4IR | rongbojohn@163.com |
| 194 | wuhanyidakuajingmaoyiyouxiangongsi | ATWFJ1PAGW51I | wuhanyida2021@163.com |
| 195 | YiChuangDuo-US | A2XVXPXLDO4GPK | yichuangduo-us@outlook.com |

| 196 | ZhengZhouGuErDanShang MaoYouXianGongSi | A397O2GPJHP9EU | guerdanbeimei@163.com |
| 197 | Caiwenjili | 21635019 | m17039317357@163.com |
| 198 | Claire_lin8898 | 20815462 | 694691064@qq.com |
| 199 | Dajiliu | 21634920 | m16560315741@163.com |
| 200 | Dearlooks | 21634645 | m16561112412@163.com |
| 201 | Dhgatetop_company | 21125612 | 1098590609@qq.com |
| 202 | Fopfei | 21021713 | aprillninety@sina.com |
| 203 | Foson_house | 21555292 | hanshunling@hotmail.com |
| 204 | Fuchouzm | 21631332 | m16508744269@163.com |
| 205 | Fyautoper | 21703499 | krystalyoang@qq.com |
| 206 | Galry | 20249163 | m13246974743@163.com |
| 207 | Gerengaoduan | 21464930 | 735431338@qq.com |
| 208 | Homebag | 21575525 | 2292515748@qq.com |
| 209 | Hongdiaolan | 21634804 | m16560314741@163.com |
| 210 | Ihomelove | 21427221 | dhgateseller003@163.com |
| 211 | Jetboard | 20994808 | 3501115655@qq.com |
| 212 | Kaolaya | 21634870 | m17064671325@163.com |
| 213 | Ladyshome | 21609338 | fjlybde@163.com |
| 214 | Locomotivelights | 21734852 | 978751331@qq.com |
| 216 | misssshop | N/A | nrd163d03@163.com |

| 217 | Otolampara | 21676152 | nadal.fardriving@hotmail.com |
| 218 | Outdoor_01 | 21268868 | zhiyong19951@gmail.com |
| 219 | Qiushouqq | 21635165 | m17064671519@163.com |
| 220 | Runyuqz | 21635175 | m17064671519@163.com |
| 221 | Smokeclub | 21693875 | bdnfacai@sina.com |
| 222 | Toy1234 | 20111661 | 792733082@qq.com |
| 223 | Vonderan_intl_ltd | 14263033 | 578255704@qq.com |
| 224 | Xiaochunya | 21634832 | m16560314741@163.com |
| 225 | Xjfshop | 21579737 | 3255778047@qq.com |
| 226 | Yiamia | 20761199 | mixme@focalvalue.com |
| 227 | Yujiliu | 21634942 | m16560315741@163.com |
| 228 | Zhaoyimeiya | 21634979 | m16560315741@163.com |
| 229 | Zhou1129 | 21084037 | 2242506239@qq.com |
| 230 | **ud-store** | **ud-store** | udineshf@gmail.com |
| 234 | abellstore | abellstore | abelstore418@gmail.com |
| 236 | achnu0 | achnu0 | achmadnurvi@gmail.com |
| 238 | admystore | admystore | admyhcm@163.com |
| 241 | al-id29 | al-id29 | aidanali0112@gmail.com |
| 242 | all_in_one_2011 | all_in_one_2011 | prabhath.surangaperera@gmail.com |
| 244 | allinonelothes | allinonelothes | fengqin4024@outlook.com |

| 246 | alpha**sales | alpha**sales | alphasalesshopltd@gmail.com |
| 247 | alque_3973 | alque_3973 | queenbyaleta@yahoo.com |
| 248 | alque_3973 | alque_3973 | queenbyaleta@yahoo.com |
| 251 | amine4shop | amine4shop | amine.wsr@gmail.com |
| 253 | amsa1160 | amsa1160 | amilasahan47@gmail.com |
| 256 | animal36biscuits | animal36biscuits | sticktaste@outlook.com |
| 257 | anu_0082 | anu_0082 | sankalpanaanushi@gmail.com |
| 258 | anwolt_58 | anwolt_58 | annawoltemas@gmail.com |
| 259 | aoxmas | aoxmas | aoxinet@163.com |
| 262 | atiasmarket | atiasmarket | aaviyaba@gmail.com |
| 264 | avsim72 | avsim72 | webay177@gmail.com |
| 266 | ayosam-6 | ayosam-6 | ayosam603@gmail.com |
| 275 | bromic0d-sv | bromic0d-sv | franciscoyoung2168@gmail.com |
| 278 | buyfor-bestprice | buyfor-bestprice | deshan.chathura@gmail.com |
| 279 | cach-7078 | cach-7078 | mkt-carol@outlook.com |
| 286 | ceylon-eshop | ceylon-eshop | chathuranga9216@gmail.com |
| 288 | chaclap63 | chaclap63 | clapableinfo@gmail.com |
| 289 | chadula_43 | chadula_43 | dulangikachamila@gmail.com |
| 291 | chasikbandar0 | chasikbandar0 | chasikabandara@gmail.com |
| 292 | chatvi-3 | chatvi-3 | vinoddayarathne@gmail.com |

| 294 | chethani_mart | chethani_mart | chethaniweerasinghe062@gmail.com |
| 295 | click-one-shop | click-one-shop | sakugalg@gmail.com |
| 297 | cloudfliy | cloudfliy | cloudflies@hotmail.com |
| 301 | corvic21 | corvic21 | corinavicent9823@gmail.com |
| 306 | cyhaz-0 | cyhaz-0 | an021457@gmail.com |
| 309 | dagangan | dagangan | abinayasaraswati@yahoo.com |
| 310 | dahas3072 | dahas3072 | danilhasian@yahoo.com |
| 313 | daninddilmin_0 | daninddilmin_0 | danindu.1dilmina@gmail.com |
| 315 | dbmultistore | dbmultistore | sanuga.siriwardena08@gmail.com |
| 319 | digibey | digibey | digibeystore@outlook.com |
| 321 | dilper3029 | dilper3029 | wrdileepa@gmail.com |
| 322 | dimutmadusha-0 | dimutmadusha-0 | dimuthum93@gmail.com |
| 323 | dinsis-33 | dinsis-33 | dinithi1029@gmail.com |
| 324 | donnakent | donnakent | donnakentnh@outlook.com |
| 329 | easyonlinetrade | easyonlinetrade | jiajiadzi@yeah.net |
| 349 | fancyping2016 | fancyping2016 | fangpinglcx@outlook.com |
| 351 | feidianzixinxikejiyouxiangongsi | feidianzixinxikejiyouxiangongsi | qucwi6@163.com |
| 353 | femix_official_store | femix_official_store | isururangika1@gmail.com |
| 354 | fiat_81 | fiat_81 | firliatyah77@gmail.com |
| 364 | gapg_store | gapg_store | gaminipereragapg@gmail.com |

| 368 | giperma89 | giperma89 | gitapermatasari12@outlook.com |
| 370 | go6u | go6u | gpochinkov@gmail.com |
| 374 | goodseveryday | goodseveryday | positive2013@163.com |
| 380 | gyfeyua78 | gyfeyua78 | fhjkhsffe@163.com |
| 385 | hkstore-79 | hkstore-79 | u.p.upul77@gmail.com |
| 386 | homie186 | homie186 | homie-store@outlook.com |
| 387 | huabuwan2 | huabuwan2 | kangnanqin4313@163.com |
| 389 | idearanker | idearanker | lahirumadusanka19990705@gmail.com |
| 390 | idobest20212018 | idobest20212018 | idobest2021@outlook.com |
| 392 | immiemallstore | immiemallstore | immiemall@hotmail.com |
| 394 | indisupplies | indisupplies | pranay@indianleatherhub.com |
| 395 | infinitylines95 | infinitylines95 | narmadadinu95@gmail.com |
| 396 | ingsharm3 | ingsharm3 | ingasaule@yahoo.com |
| 398 | ishdesha0 | ishdesha0 | isharadeshapriya98@gmail.com |
| 401 | justdomee | justdomee | justdomee@outlook.com |
| 403 | kahhen | kahhen | hengda19@163.com |
| 404 | karaard-0 | karaard-0 | r.aminardn112@outlook.com |
| 407 | khalrev0 | khalrev0 | khalidahreviera3@gmail.com |
| 409 | kumu_heshan | kumu_heshan | hesi.perera99@gmail.com |
| 410 | kusbud0 | kusbud0 | kusnadibudiman584@gmail.com |

| 411 | kynu_11 | kynu_11 | kyaranura386@gmail.com |
| 414 | laksmadura0 | laksmadura0 | lakshma.5803@gmail.com |
| 415 | lalangshop | lalangshop | lalangshop66@hotmail.com |
| 416 | lascc8_99 | lascc8_99 | lascc87622518@163.com |
| 422 | lk.mart | lk.mart | sarangamadushan92@gmail.com |
| 423 | lk2015-jamih | lk2015-jamih | jamistores90@gmail.com |
| 424 | lordoftheast | lordoftheast | kemalk06@gmail.com |
| 425 | louhome | louhome | louhomestore@outlook.com |
| 426 | majumapan-13 | majumapan-13 | supriihs2451@yahoo.com |
| 428 | mallikastores-online | mallikastores-online | mallikastoresonline@gmail.com |
| 429 | manshop3 | manshop3 | manstore3@hotmail.com |
| 432 | medglo2015 | medglo2015 | medglo@163.com |
| 433 | mega_deals_1 | mega_deals_1 | slakshika715@gmail.com |
| 436 | mingti_98 | mingti_98 | bonk484@outlook.com |
| 437 | mingti-94 | mingti-94 | clark945@outlook.com |
| 439 | moldiystore | moldiystore | moldiyshop@outlook.com |
| 445 | muscin_21 | muscin_21 | mstfcinkaya1@gmail.com |
| 448 | new_beauty10 | new_beauty10 | ebua6199yozv@163.com |
| 449 | next_step_shop | next_step_shop | tamiroz00@gmail.com |
| 451 | nihasu-11 | nihasu-11 | nihatika.suci3@gmail.com |

| 458 | onenicemallstore | onenicemallstore | onenicemall@outlook.com |
| 460 | opp2buy | opp2buy | opp2buyzy@163.com |
| 461 | outsideal | outsideal | 454685743@qq.com |
| 463 | perfectnewmall | perfectnewmall | perfectmall@outlook.com |
| 465 | pinkarcade_001 | pinkarcade_001 | samadhioneclick@gmail.com |
| 474 | ramsiyosma_0 | ramsiyosma_0 | gneiramsi143@gmail.com |
| 478 | rc_marketing | rc_marketing | rcmarketing16@gmail.com |
| 483 | romah-8003 | romah-8003 | roycamahoni@outlook.com |
| 484 | roseflower2020 | roseflower2020 | wenhuan87a@sina.com |
| 486 | saariya_23 | saariya_23 | sashee2020@gmail.com |
| 487 | samsaj_53 | samsaj_53 | samithsajeewa8@gmail.com |
| 488 | sandaya | sandaya | csandaya687@gmail.com |
| 490 | serandib_cord | serandib_cord | serendibcord@gmail.com |
| 494 | shan901 | shan901 | shanshan015@hotmail.com |
| 495 | shangdu02 | shangdu02 | eshangdugj02@outlook.com |
| 498 | shoppihelps | shoppihelps | niroshan9511@gmail.com |
| 503 | solom_noa | solom_noa | Solomonov4221@gmail.com |
| 505 | storekrishan01 | storekrishan01 | storeanura67@gmail.com |
| 506 | stylish4you2018 | stylish4you2018 | stylish4youstore@outlook.com |
| 509 | sunyingjiang1998 | sunyingjiang1998 | rhxtl3590751@163.com |

| 512 | super_px03 | super_px03 | chaojipanxing03@163.com |
| 513 | superfi_51 | superfi_51 | superficial333@163.com |
| 515 | sushar46 | sushar46 | susharalakshitha888@gmail.com |
| 516 | sxhgwah | sxhgwah | sxhgwa@sina.com |
| 518 | tharilk.mwrg23akx | tharilk.mwrg23akx | tavindunugara@gmail.com |
| 519 | thasharavind-0 | thasharavind-0 | thashanravindu@gmail.com |
| 520 | thebigredbeard | thebigredbeard | thebigredbeard2@gmail.com |
| 521 | thusstore_56 | thusstore_56 | thushanthisara@yahoo.com |
| 524 | topproduct20 | topproduct20 | dodmydissanayaka@gmail.com |
| 529 | ursmartsen | ursmartsen | fbgfseo@163.com |
| 530 | us9883 | us9883 | ajiusman_aji15@outlook.com |
| 534 | vishni | vishni | vishzonline@gmail.com |
| 536 | wanniarnanula_0 | wanniarnanula_0 | wanniarnch@gmail.com |
| 537 | weicheng1982 | weicheng1982 | dbljlr@163.com |
| 538 | weihao00 | weihao00 | 972001394@qq.com |
| 542 | wholesalesams | wholesalesams | wholesalesams@gmail.com |
| 543 | wildaxl-321 | wildaxl-321 | wildaxl-123@outlook.com |
| 544 | winny-mart | winny-mart | winnymart20@gmail.com |
| 545 | wish_store99 | wish_store99 | tharakawishwa15@gmail.com |
| 547 | wonderhotstore_6 | wonderhotstore_6 | sanjayaweerasinghe578@gmail.com |

| 549 | wuhay_0 | wuhay_0 | wulanhayudya@gmail.com |
| 556 | yongch-7947 | yongch-7947 | yongchenhe41@163.com |
| 557 | yookyee | yookyee | yookyee@outlook.com |
| 561 | yw_s-63 | yw_s-63 | yw_smile@hotmail.com |
| 567 | 3C Base | 53f86aa31c105e63dc66b5b8 | cb_wish06@126.com |
| 568 | 3monkeyb | 5875c6915414b94d470d86ae | huih789hhf@126.com |
| 570 | awuyue258 | 59b3f16b15da070144019ee5 | miti28@jxseller.com |
| 571 | Beautii&Lookiful | 58d20e95c7b73b52c9670c22 | beautylookstore@hotmail.com |
| 572 | BengkangouWqN | 5e60862ba6757d0bc045545c | yiya15900671689@hotmail.com |
| 575 | chenjuan1924 | 60e12fabfd0949e9d4ff237a | baolan361655@163.com |
| 576 | chenyungluong | 5f94f05d53c18282c1f44836 | shizhuo311903868@163.com |
| 577 | CIFbuy Official Store | 5d4e8ea28388977508e691f2 | wishsmsm@163.com |
| 578 | CJ Technology LLC | 5c897ebc280f2d0793fd7b26 | cjtechnology01@gmail.com |
| 579 | congbinbin | 5acf008318435438b78de2f9 | sky_blush@outlook.com |
| 580 | Crazy Go | 58bbdd5e4ff75b531babce06 | wishcrazygo@163.com |
| 581 | dhuhuwidnf | 5fb8d1ddf2f602830d818e6c | jiben14410@163.com |
| 582 | DrybrownfiercegJ | 5f4e90def7c0675ea3124a17 | duibinuo829@163.com |
| 583 | Dynamic fashion world | 57932b3a87c7c62ea93f763d | 290712531@qq.com |
| 584 | easy_lucky | 53f6b9901f50630534664625 | easyluck8899@hotmail.com |
| 587 | FfengLi | 5b03c5402f9ef6139a65aad4 | hs_by_14@qq.com |

| 588 | FIREDDDD4444 | 5d833d7358467f4932c7cf83 | adhtyw0367@163.com |
| 590 | Fuenreny Baby's | 5ecb1c2d00ef97884a37dee5 | shichen19700819@163.com |
| 591 | fuqiang buy | 5b30b4522b041074851683b5 | 764184990@qq.com |
| 592 | Gaoruoxi2014 | 5b40691b86152a2fa7023677 | guoyunan2018@163.com |
| 593 | ggiooi | 5e9692c629e78646813c3b57 | yizhi147047377030@163.com |
| 594 | Girls' showtime | 5860cf7b0929fc4d76180aed | thrivinging@outlook.com |
| 598 | HegubeilugBp | 5e6b40b8151d567078ccc847 | jiaja663@163.com |
| 599 | Hlan | 59b7f14e35e73b052204500e | wqf6k1@jxseller.com |
| 601 | jdzjhfgsjfmeiblc | 5ed745ff74c1c90705fd4a55 | xlnpbt@163.com |
| 602 | JinglianluanuW | 5e60555a4755ccc17325abf3 | jewlin12@hotmail.com |
| 603 | Jingpin_Mall | 5e0d571814dbeb0339dbc282 | jingpin_mall@outlook.com |
| 604 | JJ-xiao58 | 5dcfe1a4703f611aad1910b5 | m16571310901@163.com |
| 605 | keaiyaeshop | 5eb51c507f8db31e80a4e593 | dlbtci@163.com |
| 606 | KelanqisF | 5e6b4b4189881a785153820b | kelanqisf233@outlook.com |
| 608 | Linda Se's store | 56efc2058306e742cd5d4124 | d103673007@163.com |
| 610 | livack | 5dad9b4b3b45916ba9bdc66f | nazeey123@gmail.com |
| 611 | LUZI | 576d30ff9fd92125dc9c07e1 | wish_luzi@163.com |
| 613 | miaozhuayta | 607a8a291822f50fdda19e80 | wal2721@163.com |
| 616 | onlymon | 59dca1acb90118049dce0b41 | trustfulxudancong@yahoo.com |
| 618 | ouqun | 5b0014cccfb44a03ed488858 | hs_by_18@qq.com |

| 620 | pjtmglkriw | 5e60debed6f61c3e007cdaaa | wangyaqi66@outlook.com |
| 621 | powerIDEA | 5642fd4983ef71127aa2ad2d | 3582259766@qq.com |
| 622 | Q ZDF LOP | 5e59d9f629e7866e0d24f993 | wqslo6@163.com |
| 623 | QinyanqiaodimXd | 5e6b9880151d56b812ccc81e | lalangwish03@outlook.com |
| 624 | rainli | 5e4bae65c5848344b35be341 | duchengsongdao@163.com |
| 625 | RengyaoxunyuyM | 5e6b9d1b29e7867218934c7f | jifp156@163.com |
| 628 | ShaodouluJpP | 5e61d5e63a77fc038454ced7 | martinezxy123@outlook.com |
| 629 | sioeoufie | 603c5686c9c1ce672abab5ed | yftmek119@163.com |
| 630 | SJS | 571f32528ec71356f52a7063 | sjsnet@sohu.com |
| 632 | sky business | 56c1918f0dbb0b7e8bbb81cf | wish_skybusiness@163.com |
| 633 | sunmengqi39677 | 6062a702838e2e39c03b81ff | goydi28@163.com |
| 634 | Sur desermica | 61e70294e986c10aab207949 | qynam30@163.com |
| 635 | teighcdkw | 5e9119de646cd40e0298b7b8 | shiying8429@163.com |
| 636 | There is no one to tell you, you are very handsome | 5857e181ad6a7e4dfa7d97e1 | skittlessweet@outlook.com |
| 638 | TONGJUAN LILILOO FATION WOMAN CLOTHING STORE | 5e4cc4fdb9fc2e16494be798 | jfgv91@163.com |
| 640 | TouboshanpingpV | 5e6b44333b0da006c06e2f7e | sy18697718025@outlook.com |
| 641 | Usualshop | 5df31c4ab89cf40b5937c78e | unusualshop@outlook.com |
| 642 | Variedades tachira | 5dc5fd00030a150109a3ad42 | yongjiegan8527@163.com |
| 643 | Wandofor Planty mamati | 5d8994092888357f314b6e8b | h1sptn10@163.com |

| 644 | wangke9660 | 5b8349c8b99e0b5998448de9 | guxiansheng_05@sina.com |
| 645 | wangxiaona | 58520c13a6b58f4d7e221f09 | wish_wangxiaona@163.com |
| 646 | wechunop | 5ede384be33c2fbd692d8511 | ykx84317@163.com |
| 647 | WoshigufX | 5e6b816a29e786098393ea26 | ueue559@163.com |
| 649 | wzwkjahsdjfg | 60729c7820a354b87b72a952 | gknyx37@163.com |
| 650 | xfghsfgh | 5dc1138844e8c20eb8b12e7f | cha306425@163.com |
| 651 | Xiao Yang shoes store | 585635f21591450a83d05866 | newlanguage7681@outlook.com |
| 652 | XXRstore | 5ac85d66aac71f68f3126351 | 2534664897@qq.com |
| 653 | yanxiayu | 5e59e4d720c4e337433fb85a | pan64531880@163.com |
| 654 | YIWUXINFENG | 5d43e6b4a5f07b53ce124e64 | huoshenzhurong@outlook.com |
| 656 | yuanzaiheng48729 | 6062f175db2be249178bf021 | kcldm49@163.com |
| 661 | zhangshuangqiao48970 | 6062d95447d30218007e07bd | irgte94@163.com |
| 662 | zhaoshanben6219 | 61cab0aa5b0b384a64ffb25d | wenpan3344750143@163.com |
| 663 | zhengiou | 5e9695a9ca30692893131d1a | xi5228281514817@163.com |
| 664 | zhiluweimaad | 6096099f61f14a0575f33ca6 | cgyfv65@163.com |
| 665 | Zishaozhipinvw | 5e608187ce3d48e7e837458d | y15900671689@hotmail.com |
| 666 | zou3133 | 570ce325a18a3f4630d1883a | zou3133@outlook.com |
| 667 | AutomotiveAccessories Store | cn1523766716jrfy | ledorapuy@126.com |

(collectively, the "Defaulting Defendants") (Docket Nos. 31, 32).

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products infringing Plaintiff's design patent shown below:

| Patent No. | Title | Design |
|---|---|---|
| D836,773 | Portable Male Urinal |  |

(hereafter "the Portable Urinal Design").

THIS COURT FURTHER FINDS that the Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271). Specifically, this Court finds that the Portable Urinal Design is valid and enforceable and that the Defaulting Defendants have infringed the claim of the Portable Urinal Design.

THIS COURT FURTHER FINDS that the Defaulting Defendants have willfully infringed the Portable Urinal Design. In particular, the Defaulting Defendants have exactly copied Plaintiff's patented product. The Defaulting Defendants have also attempted to hide their misconduct from Plaintiff by using aliases and taking efforts to conceal their identities. The actions of the Defaulting Defendants subjectively establish that their conduct is egregious, willful, wanton, malicious, and deliberate.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

1. Offering for sale, selling, and importing any product covered by the Portable Urinal Design that is not authorized by Plaintiff;

2. Aiding, abetting, contributing to, or otherwise assisting anyone in infringing the Portable Urinal Design;

3. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used

to sell or is the means by which the Defaulting Defendants could continue to sell products infringing the Portable Urinal Design;

4. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, importation, offering for sale, or sale of any product covered by the Portable Urinal Design not authorized by Plaintiff;

5. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or avoiding the prohibitions set forth in the above subparagraphs;

Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Amazon, eBay, DHGate, Paypal and Wish, shall within three (3) business days of receipt of this Order:

1. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of any product covered by the Portable Urinal Design, including, but not limited to, any accounts associated with the Defaulting Defendants as listed above; and

2. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for infringement of the Portable Urinal Design through at least the Defaulting Defendants' sale of infringing products through the Infringing Webstores according to the below chart:

| Doe # | Merchant Name | Email | Damages Award |
|-------|---------------|-------|---------------|
|       |               |       |               |

| 1 | 3C-TOP-PRO Store | adssf212@sina.com | $250.00 |
|---|---|---|---|
| 2 | Acty Factory Store | tangsuying01@163.com | $250.00 |
| 3 | Ali Improvement Store | carw62861gzw@126.com | $250.00 |
| 5 | Ali-Homelifestyle Store | chenghuangyj273@163.com | $250.00 |
| 6 | Ali-iMadison Store | zthdmsmt55@163.com | $250.00 |
| 7 | Ali-Jetting Toy Store | guaiyi987xiyan1@126.com | $250.00 |
| 8 | AliExpress Car Products Store | bstmart@21cn.com | $250.00 |
| 9 | Alina's automotive equipment Store | cdsctwx@outlook.com | $250.00 |
| 10 | Autcar Global Store | gilstounmrtdaqj@gmail.com | $250.00 |
| 11 | Auto and motorcycle parts Store | shangfussy@163.com | $250.00 |
| 12 | Automobiles & Motorcycles Tool Store | hangzhou34@hotmail.com | $250.00 |
| 13 | Automotive accessories Store | xiao8160@dingtalk.com | $250.00 |
| 14 | Azoepart Store | chinaouhe@gmail.com | $250.00 |
| 15 | Baby Safety Barrier Store | wandaie@163.com | $250.00 |
| 16 | Balaclava Store | youxiaocheng163@163.com | $250.00 |
| 17 | Barry Car Store | 3042881756@qq.com | $250.00 |
| 18 | Besteffie New Store | tw4kobes@outlook.com | $250.00 |
| 20 | Bin Yu Official Store | kenbin100@163.com | $250.00 |
| 21 | Biu Biu Car Store | yuwl4@aebitsry.com | $250.00 |
| 22 | Boom price, Enviable life Store | zoey536@foxmail.com | $250.00 |
| 23 | Calabash Brothers car supplies Store | qs136322148@163.com | $250.00 |
| 24 | Car Accessories Boutique Store | zhouxiuda06@163.com | $250.00 |
| 25 | Car Accessories Management Store | tiangxingxiang@sina.com | $250.00 |
| 26 | Car Accessory Online Store | fqtec@outlook.com | $250.00 |
| 27 | Car and Moto Accessories Store | cc01254520@163.com | $250.00 |
| 28 | Car life WW Store | 3044844708@qq.com | $250.00 |
| 29 | Car well do Store | hhhdf32@163.com | $250.00 |
| 30 | Carbon automotive accessories Store | 245718197@qq.com | $250.00 |
| 31 | Cardiag Store | threelifethreeflower@hotmail.com | $250.00 |
| 32 | carmo Store | wuanhman@sina.com | $250.00 |
| 33 | Charlie And Everthing Store | yzmy6593407@163.com | $250.00 |
| 34 | China Home&Garden Store | yzcx80r4@163.com | $250.00 |
| 35 | Comfortable Car Store | yto7074609@126.com | $250.00 |
| 37 | CooLmodification Store | 3547738225@qq.com | $250.00 |
| 38 | Cosfix drop shipping Store | yiqiongming888@foxmail.com | $250.00 |

| 39 | Cozy cottage Store | agoniki@sina.com | $250.00 |
| 42 | Daliy Surprise Store | hf2020smtc03@epean.com.cn | $250.00 |
| 43 | DayDay Happy Shopping | xiaoyansister@126.com | $250.00 |
| 44 | DebooHome Store | 441385823@qq.com | $250.00 |
| 45 | Deux House Store | fgdfsae@outlook.com | $250.00 |
| 46 | DIYCAR Store | q18196666366@163.com | $250.00 |
| 47 | Ecocar Accessories Store Store | willeykhyjoq@gmail.com | $250.00 |
| 48 | Exquisite car supplies Store | xhh136322145@163.com | $250.00 |
| 49 | FADACAI Autor & Motorcycles Store | sfyaso@163.com | $250.00 |
| 50 | Father's AutoParts World Store | kenlui124@sina.com | $250.00 |
| 52 | FN-Tool Store | 380895474@qq.com | $250.00 |
| 53 | For Your B-etter Life Store | kjsdfhsa@sina.com | $250.00 |
| 54 | ForKids Store | yanxikeji86@163.com | $250.00 |
| 55 | Freely shopping Store | cbashang@21cn.com | $250.00 |
| 57 | Go a long way Store | 962337184@qq.com | $250.00 |
| 58 | Go To Ho-me Improvement World Store | tastehad@sina.com | $250.00 |
| 59 | Good and cheap car parts Store | keshanmgkrxay@gmail.com | $250.00 |
| 60 | Good Car Product Store | autopart20161101@sina.com | $250.00 |
| 61 | Good luck 123 Store | weiyang9835209@163.com | $250.00 |
| 62 | Good Quality Low Price Store | 1498432027@qq.com | $250.00 |
| 63 | H Life House Store | chunhua2022@126.com | $250.00 |
| 64 | Hahay Grocery Store | yanxikeji73@163.com | $250.00 |
| 65 | Happy-Planet Store | menlff@126.com | $250.00 |
| 66 | hengheng Store | smt17359071301@163.com | $250.00 |
| 67 | HomeGuard Store | homerhythm@163.com | $250.00 |
| 68 | House Of Exquisite Store | vdcvkuyu@163.com | $250.00 |
| 70 | HuangHeLou 1916 Store | xuzixi0002@163.com | $250.00 |
| 71 | Is Sunflowers Store | bobbi@rebuyy.com | $250.00 |
| 72 | IsFriday Life In Car Dropship Store | idea@rebuyy.com | $250.00 |
| 73 | J Shop Car Accessories Store | qqww4@outlook.com | $250.00 |
| 74 | JTL car supplies Store | xhh136322150@163.com | $250.00 |
| 75 | LC Life Store | ceoriowhisky751@outlook.com | $250.00 |
| 76 | Leisurely Living Store | njh5jjqwe@163.com | $250.00 |
| 77 | Letao car supplies Store | xhh136322180@163.com | $250.00 |
| 78 | Lifestyle Museum Store | hcy1223@163.com | $250.00 |
| 79 | Longwei Car Accessories Store | wonderfulperiod@outlook.com | $250.00 |
| 80 | LuckyNumen Store | xiaomiyoupin2021@hotmail.com | $250.00 |

| 81 | LUVHOME Store | q2919974@163.com | $250.00 |
| 82 | LXmn Store | nvzipo@163.com | $250.00 |
| 83 | Madascar Store | taotaocar008@163.com | $250.00 |
| 84 | Makeup Garden Shop Store | promisen5@sina.com | $250.00 |
| 85 | Meet-Early Morning- Store | gq49zoeq@outlook.com | $250.00 |
| 86 | Moonhome Factory Store | kenbin08@163.com | $250.00 |
| 88 | Motorcycle&Car Accessories Dropshipping Store | hgjeiur390@163.com | $250.00 |
| 89 | My Angelbaby Store | weikaib2c027@qq.com | $250.00 |
| 90 | New Economical Life Store | kdo794729@163.com | $250.00 |
| 91 | New Worlds Store | bcsfsfws@163.com | $250.00 |
| 92 | NewHuaHang car supplies Store | xhh136322148@163.com | $250.00 |
| 93 | Ninestar Store | ivy@rebuyy.com | $250.00 |
| 94 | OBD-Scan Store | b1453605704@163.com | $250.00 |
| 95 | OBYLYH DE Store | 1590036281@qq.com | $250.00 |
| 96 | Our Market Store | fyhjjwe@163.com | $250.00 |
| 97 | Parkson car supplies Store | letao12368@163.com | $250.00 |
| 99 | Perfectly Warming House Store | daiwai1716@163.com | $250.00 |
| 102 | PODEROSO Store | kayfulol@outlook.com | $250.00 |
| 103 | Professional Auto Accessories Store | shanyivvip@163.com | $250.00 |
| 104 | Professional Car 9accessories Store | ghfg54dtgh@163.com | $250.00 |
| 105 | Professional car and motorcycle accessories Store | cxs536@outlook.com | $250.00 |
| 106 | Qipei55EC Store | whczw2@163.com | $250.00 |
| 107 | Qipei6EH Store | whhogj2@163.com | $250.00 |
| 108 | QiPei8EXZ Store | whxzrgj2@163.com | $250.00 |
| 109 | RETFGTU Car exterior Store | nemobub001@sina.com | $250.00 |
| 110 | Shimi Homen Store | dtairun@outlook.com | $250.00 |
| 111 | Shop1100084232 Store | 916050250@qq.com | $250.00 |
| 112 | Shop1100170253 Store | 965730415@qq.com | $250.00 |
| 113 | Shop4706052 Store | fangyijie1992@163.com | $250.00 |
| 114 | Shop4808004 Store | fengqiaonc01@yeah.net | $250.00 |
| 115 | Shop5006272 Store | lireneee@outlook.com | $250.00 |
| 117 | Shop5793926 Store | fqvmg996yc@163.com | $250.00 |
| 118 | Shop910326151 Store | chuangyouyigou@126.com | $250.00 |
| 121 | Shop911228056 Store | fuzhekai04@163.com | $250.00 |
| 122 | Shop911418320 Store | hdeao@21cn.com | $250.00 |
| 123 | SixteenHome Store | 498582629@qq.com | $250.00 |

| 124 | Skipy Store | cy98752@21cn.com | $250.00 |
| 125 | SuDeLi Car Interior Accessories Store | wolei0010@163.com | $250.00 |
| 126 | Sunshine In The Store | goodfaith107@gmail.com | $250.00 |
| 128 | Surprise life. Store | shanyishop@163.com | $250.00 |
| 129 | SZ car and motorcycle accessories | chuanyouqp@163.com | $250.00 |
| 130 | SZ Daily Goods Store | spdbc805@sina.com | $250.00 |
| 131 | Tale Forest Store | 215909109@qq.com | $250.00 |
| 132 | Tamia Pro Store | cn1513028178@163.com | $250.00 |
| 133 | taojin outdoors Store | 18106038893@189.cn | $250.00 |
| 134 | taotaocar Store | taotaocar002@163.com | $250.00 |
| 135 | Tassa Store | delacyahwuxko@gmail.com | $250.00 |
| 136 | Thanks Life Store | 3107726907@qq.com | $250.00 |
| 137 | thinking movement Store | ira68197@163.com | $250.00 |
| 138 | TikTok popularity Store | dropshipping6@163.com | $250.00 |
| 139 | Tools Improving Store | oeww286758@163.com | $250.00 |
| 140 | Top-Car Drop Shipping Store | o193tiiw6202@163.com | $250.00 |
| 141 | Top-GTA mototcycle Store | vbdhf2647@163.com | $250.00 |
| 143 | TOPV Store | toptopscale@126.com | $250.00 |
| 144 | TUTO CAR TOOL Store | y1453605704@163.com | $250.00 |
| 145 | UEESHOP Official Store | hedaosm1688@163.com | $250.00 |
| 146 | UNSewing Store | kenbin09@163.com | $250.00 |
| 147 | UP-LIFE Store | parkerchen@sina.com | $250.00 |
| 148 | Very Funny Store | zlcvpmalqhig64@163.com | $250.00 |
| 149 | WanleeRoad Car Life Store | dengyushuang02@163.com | $250.00 |
| 150 | Well car star Store | wh2021525@163.com | $250.00 |
| 151 | wetips Store | 2709274958@qq.com | $250.00 |
| 152 | WNEXUAN Store | bqvzcnu86v@163.com | $250.00 |
| 153 | World Market Store | f4564646@163.com | $250.00 |
| 154 | Xi-Bao Store | eibnski@163.com | $250.00 |
| 155 | Xiong Xiaoxiang Small commodities Store | hongstore5@163.com | $250.00 |
| 156 | XO02 Store | zhenglanglang05@163.com | $250.00 |
| 157 | XO03 Store | xushiming0006@163.com | $250.00 |
| 158 | XTL Store | suweisumaitong05@epean.com.cn | $250.00 |
| 159 | Y-Show Clothes Store Store | tangsuying005@163.com | $250.00 |
| 160 | Y-Super Tools Store | pq4x8qsyq@163.com | $250.00 |
| 161 | YAOHU Store | 1066217628@qq.com | $250.00 |
| 162 | YAOYISIXI Auto Parts Store | 438253596@qq.com | $250.00 |

| 163 | YEU SHENG Store | 1453703057@qq.com | $250.00 |
| 164 | YOLIHUI Store | youlixiangjia4@sina.com | $250.00 |
| 165 | yuan0128 Store | 851235278@qq.com | $250.00 |
| 166 | Yxkj13 Store | yanxikeji54@163.com | $250.00 |
| 167 | ZT Speciality Store | fuwa4859@163.com | $250.00 |
| 168 | AWOKEN DIRECT | pujun177@163.com | $5,888.11 |
| 170 | daxiami | 404457986@qq.com | $250.00 |
| 171 | EEEkit | amazon@redtagtown.net | $52,633.86 |
| 172 | ErS1805 | sct_samantha@hotmail.com | $4,374.32 |
| 173 | FANYUAUTOPER | dhgatetop@163.com | $1,255.73 |
| 174 | GALAOMA | huamazon@sina.com | $131,240.82 |
| 175 | HAIYISHIYE | 13829117358@163.com | $8,755.48 |
| 176 | Haulonda INC | 250102165@qq.com | $2,888.22 |
| 178 | iDentalStore | lhaibin01@yeah.net | $33,413.98 |
| 182 | kk top general cargo | flcva5ue48@21cn.com | $94,101.65 |
| 183 | LANTANA | amelieh0214@gmail.com | $13,165.51 |
| 185 | lzmyzl | leizhoumaoyi@outlook.com | $612.39 |
| 188 | QQT PLUS | 304960495@qq.com | $26,491.32 |
| 190 | Rongbo Company | rongbojohn@163.com | $266,210.23 |
| 194 | wuhanyidakuajingmaoyi youxiangongsi | wuhanyida2021@163.com | $5,740.98 |
| 195 | YiChuangDuo-US | yichuangduo-us@outlook.com | $57,641.38 |
| 196 | ZhengZhouGuErDanShang MaoYouXianGongSi | guerdanbeimei@163.com | $5,393.07 |
| 197 | Caiwenjili | m17039317357@163.com | $250.00 |
| 198 | Claire_lin8898 | 694691064@qq.com | $250.00 |
| 199 | Dajiliu | m16560315741@163.com | $250.00 |
| 200 | Dearlooks | m16561112412@163.com | $250.00 |
| 201 | Dhgatetop_company | 1098590609@qq.com | $250.00 |
| 202 | Fopfei | aprillninety@sina.com | $250.00 |
| 203 | Foson_house | hanshunling@hotmail.com | $250.00 |
| 204 | Fuchouzm | m16508744269@163.com | $250.00 |
| 205 | Fyautoper | krystalyoang@qq.com | $1,102.84 |
| 206 | Galry | m13246974743@163.com | $250.00 |
| 207 | Gerengaoduan | 735431338@qq.com | $250.00 |
| 208 | Homebag | 2292515748@qq.com | $250.00 |
| 209 | Hongdiaolan | m16560314741@163.com | $250.00 |
| 210 | Ihomelove | dhgateseller003@163.com | $250.00 |
| 211 | Jetboard | 3501115655@qq.com | $250.00 |
| 212 | Kaolaya | m17064671325@163.com | $250.00 |

| 213 | Ladyshome | fjlybde@163.com | $1,010.05 |
|-----|-----------|-----------------|-----------|
| 214 | Locomotivelights | 978751331@qq.com | $250.00 |
| 216 | misssshop | nrd163d03@163.com | $2,248.75 |
| 217 | Otolampara | nadal.fardriving@hotmail.com | $1,205.02 |
| 218 | Outdoor_01 | zhiyong19951@gmail.com | $2,287.79 |
| 219 | Qiushouqq | m17064671519@163.com | $2,221.23 |
| 220 | Runyuqz | m17064671519@163.com | $250.00 |
| 221 | Smokeclub | bdnfacai@sina.com | $977.40 |
| 222 | Toy1234 | 792733082@qq.com | $250.00 |
| 223 | Vonderan_intl_ltd | 578255704@qq.com | $1,420.35 |
| 224 | Xiaochunya | m16560314741@163.com | $250.00 |
| 225 | Xjfshop | 3255778047@qq.com | $250.00 |
| 226 | Yiamia | mixme@focalvalue.com | $340.13 |
| 227 | Yujiliu | m16560315741@163.com | $250.00 |
| 228 | Zhaoyimeiya | m16560315741@163.com | $250.00 |
| 229 | Zhou1129 | 2242506239@qq.com | $250.00 |
| 230 | **ud-store** | udineshf@gmail.com | $250.00 |
| 234 | abellstore | abelstore418@gmail.com | $250.00 |
| 236 | achnu0 | achmadnurvi@gmail.com | $250.00 |
| 238 | admystore | admyhcm@163.com | $842.37 |
| 241 | al-id29 | aidanali0112@gmail.com | $250.00 |
| 242 | all_in_one_2011 | prabhath.surangaperera@gmail.com | $250.00 |
| 244 | allinonelothes | fengqin4024@outlook.com | $250.00 |
| 246 | alpha**sales | alphasalesshopltd@gmail.com | $250.00 |
| 247 | alque_3973 | queenbyaleta@yahoo.com | $250.00 |
| 248 | alque_3973 | queenbyaleta@yahoo.com | $250.00 |
| 251 | amine4shop | amine.wsr@gmail.com | $250.00 |
| 253 | amsa1160 | amilasahan47@gmail.com | $250.00 |
| 256 | animal36biscuits | sticktaste@outlook.com | $250.00 |
| 257 | anu_0082 | sankalpanaanushi@gmail.com | $250.00 |
| 258 | anwolt_58 | annawoltemas@gmail.com | $250.00 |
| 259 | aoxmas | aoxinet@163.com | $250.00 |
| 262 | atiasmarket | aaviyaba@gmail.com | $846.28 |
| 264 | avsim72 | webay177@gmail.com | $250.00 |
| 266 | ayosam-6 | ayosam603@gmail.com | $250.00 |
| 275 | bromic0d-sv | franciscoyoung2168@gmail.com | $250.00 |
| 278 | buyfor-bestprice | deshan.chathura@gmail.com | $250.00 |
| 279 | cach-7078 | mkt-carol@outlook.com | $250.00 |
| 286 | ceylon-eshop | chathuranga9216@gmail.com | $250.00 |

| 288 | chaclap63 | clapableinfo@gmail.com | $250.00 |
| 289 | chadula_43 | dulangikachamila@gmail.com | $6,825.86 |
| 291 | chasikbandar0 | chasikabandara@gmail.com | $250.00 |
| 292 | chatvi-3 | vinoddayarathne@gmail.com | $250.00 |
| 294 | chethani_mart | chethaniweerasinghe062@gmail.com | $250.00 |
| 295 | click-one-shop | sakugalg@gmail.com | $250.00 |
| 297 | cloudfliy | cloudflies@hotmail.com | $358.60 |
| 301 | corvic21 | corinavicent9823@gmail.com | $250.00 |
| 306 | cyhaz-0 | an021457@gmail.com | $250.00 |
| 309 | dagangan | abinayasaraswati@yahoo.com | $250.00 |
| 310 | dahas3072 | danilhasian@yahoo.com | $250.00 |
| 313 | daninddilmin_0 | danindu.1dilmina@gmail.com | $250.00 |
| 315 | dbmultistore | sanuga.siriwardena08@gmail.com | $250.00 |
| 319 | digibey | digibeystore@outlook.com | $1,757.25 |
| 321 | dilper3029 | wrdileepa@gmail.com | $250.00 |
| 322 | dimutmadusha-0 | dimuthum93@gmail.com | $250.00 |
| 323 | dinsis-33 | dinithi1029@gmail.com | $250.00 |
| 324 | donnakent | donnakentnh@outlook.com | $250.00 |
| 329 | easyonlinetrade | jiajiadzi@yeah.net | $250.00 |
| 349 | fancyping2016 | fangpinglcx@outlook.com | $375.86 |
| 351 | feidianzixinxikejiyouxiangongsi | qucwi6@163.com | $250.00 |
| 353 | femix_official_store | isururangika1@gmail.com | $250.00 |
| 354 | fiat_81 | firliatyah77@gmail.com | $250.00 |
| 364 | gapg_store | gaminipereragapg@gmail.com | $472.77 |
| 368 | giperma89 | gitapermatasari12@outlook.com | $250.00 |
| 370 | go6u | gpochinkov@gmail.com | $250.00 |
| 374 | goodseveryday | positive2013@163.com | $250.00 |
| 380 | gyfeyua78 | fhjkhsffe@163.com | $250.00 |
| 385 | hkstore-79 | u.p.upul77@gmail.com | $250.00 |
| 386 | homie186 | homie-store@outlook.com | $1,229.96 |
| 387 | huabuwan2 | kangnanqin4313@163.com | $250.00 |
| 389 | idearanker | lahirumadusanka19990705@gmail.com | $250.00 |
| 390 | idobest20212018 | idobest2021@outlook.com | $250.00 |
| 392 | immiemallstore | immiemall@hotmail.com | $380.24 |
| 394 | indisupplies | pranay@indianleatherhub.com | $250.00 |
| 395 | infinitylines95 | narmadadinu95@gmail.com | $250.00 |
| 396 | ingsharm3 | ingasaule@yahoo.com | $250.00 |
| 398 | ishdesha0 | isharadeshapriya98@gmail.com | $250.00 |
| 401 | justdomee | justdomee@outlook.com | $426.45 |

| 403 | kahhen | hengda19@163.com | $250.00 |
| 404 | karaard-0 | r.aminardn112@outlook.com | $250.00 |
| 407 | khalrev0 | khalidahreviera3@gmail.com | $250.00 |
| 409 | kumu_heshan | hesi.perera99@gmail.com | $250.00 |
| 410 | kusbud0 | kusnadibudiman584@gmail.com | $250.00 |
| 411 | kynu_11 | kyaranura386@gmail.com | $250.00 |
| 414 | laksmadura0 | lakshma.5803@gmail.com | $250.00 |
| 415 | lalangshop | lalangshop66@hotmail.com | $250.00 |
| 416 | lascc8_99 | lascc87622518@163.com | $250.00 |
| 422 | lk.mart | sarangamadushan92@gmail.com | $250.00 |
| 423 | lk2015-jamih | jamistores90@gmail.com | $250.00 |
| 424 | lordoftheast | kemalk06@gmail.com | $250.00 |
| 425 | louhome | louhomestore@outlook.com | $1,954.45 |
| 426 | majumapan-13 | supriihs2451@yahoo.com | $250.00 |
| 428 | mallikastores-online | mallikastoresonline@gmail.com | $250.00 |
| 429 | manshop3 | manstore3@hotmail.com | $618.52 |
| 432 | medglo2015 | medglo@163.com | $250.00 |
| 433 | mega_deals_1 | slakshika715@gmail.com | $250.00 |
| 436 | mingti_98 | bonk484@outlook.com | $1,098.63 |
| 437 | mingti-94 | clark945@outlook.com | $250.00 |
| 439 | moldiystore | moldiyshop@outlook.com | $250.00 |
| 445 | muscin_21 | mstfcinkaya1@gmail.com | $250.00 |
| 448 | new_beauty10 | ebua6199yozv@163.com | $250.00 |
| 449 | next_step_shop | tamiroz00@gmail.com | $250.00 |
| 451 | nihasu-11 | nihatika.suci3@gmail.com | $250.00 |
| 458 | onenicemallstore | onenicemall@outlook.com | $6,896.97 |
| 460 | opp2buy | opp2buyzy@163.com | $250.00 |
| 461 | outsideal | 454685743@qq.com | $250.00 |
| 463 | perfectnewmall | perfectmall@outlook.com | $250.00 |
| 465 | pinkarcade_001 | samadhioneclick@gmail.com | $250.00 |
| 474 | ramsiyosma_0 | gneiramsi143@gmail.com | $250.00 |
| 478 | rc_marketing | rcmarketing16@gmail.com | $250.00 |
| 483 | romah-8003 | roycamahoni@outlook.com | $250.00 |
| 484 | roseflower2020 | wenhuan87a@sina.com | $250.00 |
| 486 | saariya_23 | sashee2020@gmail.com | $250.00 |
| 487 | samsaj_53 | samithsajeewa8@gmail.com | $250.00 |
| 488 | sandaya | csandaya687@gmail.com | $250.00 |
| 490 | serandib_cord | serendibcord@gmail.com | $250.00 |
| 494 | shan901 | shanshan015@hotmail.com | $282.09 |

| 495 | shangdu02 | eshangdugj02@outlook.com | $250.00 |
|-----|-----------|--------------------------|---------|
| 498 | shoppihelps | niroshan9511@gmail.com | $250.00 |
| 503 | solom_noa | Solomonov4221@gmail.com | $250.00 |
| 505 | storekrishan01 | storeanura67@gmail.com | $250.00 |
| 506 | stylish4you2018 | stylish4youstore@outlook.com | $521.12 |
| 509 | sunyingjiang1998 | rhxtl3590751@163.com | $250.00 |
| 512 | super_px03 | chaojipanxing03@163.com | $290.71 |
| 513 | superfi_51 | superficial333@163.com | $250.00 |
| 515 | sushar46 | susharalakshitha888@gmail.com | $250.00 |
| 516 | sxhgwah | sxhgwa@sina.com | $250.00 |
| 518 | tharilk.mwrg23akx | tavindunugara@gmail.com | $250.00 |
| 519 | thasharavind-0 | thashanravindu@gmail.com | $250.00 |
| 520 | thebigredbeard | thebigredbeard2@gmail.com | $250.00 |
| 521 | thusstore_56 | thushanthisara@yahoo.com | $250.00 |
| 524 | topproduct20 | dodmydissanayaka@gmail.com | $250.00 |
| 529 | ursmartsen | fbgfseo@163.com | $250.00 |
| 530 | us9883 | ajiusman_aji15@outlook.com | $250.00 |
| 534 | vishni | vishzonline@gmail.com | $250.00 |
| 536 | wanniarnanula_0 | wanniarnch@gmail.com | $250.00 |
| 537 | weicheng1982 | dbljlr@163.com | $250.00 |
| 538 | weihao00 | 972001394@qq.com | $250.00 |
| 542 | wholesalesams | wholesalesams@gmail.com | $250.00 |
| 543 | wildaxl-321 | wildaxl-123@outlook.com | $250.00 |
| 544 | winny-mart | winnymart20@gmail.com | $250.00 |
| 545 | wish_store99 | tharakawishwa15@gmail.com | $250.00 |
| 547 | wonderhotstore_6 | sanjayaweerasinghe578@gmail.com | $250.00 |
| 549 | wuhay_0 | wulanhayudya@gmail.com | $250.00 |
| 556 | yongch-7947 | yongchenhe41@163.com | $372.19 |
| 557 | yookyee | yookyee@outlook.com | $400.96 |
| 561 | yw_s-63 | yw_smile@hotmail.com | $277.15 |
| 567 | 3C Base | cb_wish06@126.com | $250.00 |
| 568 | 3monkeyb | huih789hhf@126.com | $325.80 |
| 570 | awuyue258 | miti28@jxseller.com | $250.00 |
| 571 | Beautii&Lookiful | beautylookstore@hotmail.com | $2,824.54 |
| 572 | BengkangouWqN | yiya15900671689@hotmail.com | $446.26 |
| 575 | chenjuan1924 | baolan361655@163.com | $250.00 |
| 576 | chenyungluong | shizhuo311903868@163.com | $250.00 |
| 577 | CIFbuy Official Store | wishsmsm@163.com | $250.00 |
| 578 | CJ Technology LLC | cjtechnology01@gmail.com | $11,989.03 |

| 579 | congbinbin | sky_blush@outlook.com | $6,856.19 |
| 580 | Crazy Go | wishcrazygo@163.com | $741.26 |
| 581 | dhuhuwidnf | jiben14410@163.com | $250.00 |
| 582 | DrybrownfiercegJ | duibinuo829@163.com | $250.00 |
| 583 | Dynamic fashion world | 290712531@qq.com | $250.00 |
| 584 | easy_lucky | easyluck8899@hotmail.com | $5,678.94 |
| 587 | FfengLi | hs_by_14@qq.com | $69,865.09 |
| 588 | FIREDDDD4444 | adhtyw0367@163.com | $250.00 |
| 590 | Fuenreny Baby's | shichen19700819@163.com | $1,644.97 |
| 591 | fuqiang buy | 764184990@qq.com | $16,302.21 |
| 592 | Gaoruoxi2014 | guoyunan2018@163.com | $250.00 |
| 593 | ggiooi | yizhi147047377030@163.com | $317.41 |
| 594 | Girls' showtime | thrivinging@outlook.com | $30,969.18 |
| 598 | HegubeilugBp | jiaja663@163.com | $536.53 |
| 599 | Hlan | wqf6k1@jxseller.com | $250.00 |
| 601 | jdzjhfgsjfmeiblc | xlnpbt@163.com | $352.77 |
| 602 | JinglianluanuW | jewlin12@hotmail.com | $649.98 |
| 603 | Jingpin_Mall | jingpin_mall@outlook.com | $571.73 |
| 604 | JJ-xiao58 | m16571310901@163.com | $250.00 |
| 605 | keaiyaeshop | dlbtci@163.com | $385.32 |
| 606 | KelanqisF | kelanqisf233@outlook.com | $250.00 |
| 608 | Linda Se's store | d103673007@163.com | $250.00 |
| 610 | livack | nazeey123@gmail.com | $250.00 |
| 611 | LUZI | wish_luzi@163.com | $250.00 |
| 613 | miaozhuayta | wal2721@163.com | $250.00 |
| 616 | onlymon | trustfulxudancong@yahoo.com | $983.10 |
| 618 | ouqun | hs_by_18@qq.com | $250.00 |
| 620 | pjtmglkriw | wangyaqi66@outlook.com | $250.00 |
| 621 | powerIDEA | 3582259766@qq.com | $263.50 |
| 622 | Q ZDF LOP | wqslo6@163.com | $250.00 |
| 623 | QinyanqiaodimXd | lalangwish03@outlook.com | $250.00 |
| 624 | rainli | duchengsongdao@163.com | $250.00 |
| 625 | RengyaoxunyuyM | jifp156@163.com | $1,526.78 |
| 628 | ShaodouluJpP | martinezxy123@outlook.com | $250.00 |
| 629 | sioeoufie | yftmek119@163.com | $250.00 |
| 630 | SJS | sjsnet@sohu.com | $1,905.60 |
| 632 | sky business | wish_skybusiness@163.com | $250.00 |
| 633 | sunmengqi39677 | goydi28@163.com | $10,462.08 |
| 634 | Sur desermica | qynam30@163.com | $231.28 |

| 635 | teighcdkw | shiying8429@163.com | $250.00 |
| 636 | There is no one to tell you, you are very handsome | skittlessweet@outlook.com | $1,453.53 |
| 638 | TONGJUAN LILILOO FATION WOMAN CLOTHING STORE | jfgv91@163.com | $880.48 |
| 640 | TouboshanpingpV | sy18697718025@outlook.com | $3,980.88 |
| 641 | Usualshop | unusualshop@outlook.com | $1,037.96 |
| 642 | Variedades tachira | yongjiegan8527@163.com | $250.00 |
| 643 | Wandofor Planty mamati | h1sptn10@163.com | $250.00 |
| 644 | wangke9660 | guxiansheng_05@sina.com | $1,278.28 |
| 645 | wangxiaona | wish_wangxiaona@163.com | $293.71 |
| 646 | wechunop | ykx84317@163.com | $250.00 |
| 647 | WoshigufX | ueue559@163.com | $2,996.66 |
| 649 | wzwkjahsdjfg | gknyx37@163.com | $250.00 |
| 650 | xfghsfgh | cha306425@163.com | $783.33 |
| 651 | Xiao Yang shoes store | newlanguage7681@outlook.com | $833.97 |
| 652 | XXRstore | 2534664897@qq.com | $18,107.87 |
| 653 | yanxiayu | pan64531880@163.com | $250.00 |
| 654 | YIWUXINFENG | huoshenzhurong@outlook.com | $569.64 |
| 656 | yuanzaiheng48729 | kcldm49@163.com | $8,891.28 |
| 661 | zhangshuangqiao48970 | irgte94@163.com | $520.37 |
| 662 | zhaoshanben6219 | wenpan3344750143@163.com | $250.00 |
| 663 | zhengiou | xi5228281514817@163.com | $250.00 |
| 664 | zhiluweimaad | cgyfv65@163.com | $250.00 |
| 665 | Zishaozhipinvw | y15900671689@hotmail.com | $250.00 |
| 666 | zou3133 | zou3133@outlook.com | $250.00 |
| 667 | AutomotiveAccessories Store | ledorapuy@126.com | $250.00 |

As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of damages against it:

1. Wish (hereafter the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants,

Defaulting Defendants' Infringing webstores/websites identified, from transferring or disposing of any money or other of Defaulting Defendants' assets.

2. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

3. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks,

savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

Finally, the Clerk shall return Plaintiff's $10,000 bond, including any interest minus the registry fee, posted as a condition of the injunctive relief issued in this matter (Docket # 12).

DATED: September 27, 2022

_____
Hon. Rebecca R. Pallmeyer